### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND
### NORTHERN DIVISION

| | |
|---|---|
| TERRENCE WILLIAMS,<br><br>          Plaintiff,<br><br>v.<br><br>CELLO PATERNSHIP D/B/A VERIZON WIRELESS,<br><br>          Defendants. | Case No.: 1:25-cv-1190 |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, the undersigned, counsel of record for Defendant Cellco Partnership d/b/a Verizon Wireless (erroneously sued as "Cello Partnership d/b/a Verizon Wireless") ("Defendant"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendant states that it has three members:

1.     GTE Wireless, LLC, which is wholly owned by Verizon Communications Inc.;

2.     Verizon Americas LLC, which is wholly owned by Verizon Communications Inc.; and

3.     Bell Atlantic Mobile Systems, LLC, which is wholly owned by MCI Communications Services, LLC and ultimately wholly owned by Verizon Communications Inc.

1

Defendant further states that Verizon Communications Inc. is a publicly held corporation that has no parent company. No publicly held corporation owns 10% or more of Verizon Communications Inc.'s stock.

A supplemental disclosure statement will be filed if any of the information contained herein changes.

DATED: July 15, 2025

>/s/ Thomas V. McCarron
Thomas V. McCarron (Fed. Bar No. 08145)
Semmes, Bowen & Semmes
250 W. Pratt Street, 19th Floor
Baltimore, MD 21201
Tel.:(410) 576-4854
Fax: (410) 539-5223
tmccarron@semmes.com
*Attorneys for Defendant*
*Cellco Partnership d/b/a Verizon Wireless*
(erroneously sued as *Cello Partnership d/b/a Verizon Wireless*)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 15th day of July, 2025, I caused to be served the foregoing via first class mail, postage prepaid, upon Plaintiff Terrence Williams, 1008 Beards Hill Rd., Aberdeen, Maryland 21001.

>/s/ Thomas V. McCarron
Thomas V. McCarron (Fed. Bar No. 08145)