IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

TERRENCE WILLIAMS,  :
1008 Beards Hill Road  :
Aberdeen, Maryland 21001  :
 :
  Plaintiff,  :
  : Civil Action No. 1:25-cv-01190-BAH
v.  :
  :
CELLO PARTNERSHIP D/B/A  :
VERIZON WIRELESS,  :
1 Verizon Way  :
Basking Ridge, New Jersey 07920  :
  :
  Defendants.  :

## NOTICE REGARDING IMPROPER SERVICE

Plaintiff Terrence Williams, proceeding pro se, respectfully submits this Notice to inform the Court that he was not properly served with Defendant's Motion to Dismiss or, in the Alternative, to Compel Arbitration and Stay Action, or the exhibits accompanying that motion, despite the certificate of service dated July 14, 2025.

Plaintiff did not receive the motion or exhibits by mail, email, or any other permissible method of service under Fed. R. Civ. P. 5(b). Plaintiff only became aware of the filing by manually checking the court docket.

In order to prepare a response, Plaintiff was compelled to access the documents through PACER, incurring a charge of **$9.30**. Despite these circumstances, Plaintiff was able to file a timely response.

This improper service further supports the concerns raised in Plaintiff's Motion to Strike Defendant's Declaration. As previously stated therein, Mr. Joseph Ninte submitted a declaration under penalty of perjury that materially misrepresented the procedural posture of this case.

1

Respectfully submitted,

*[signature]*

Pro Se, Plaintiff
1008 Beards Hill Rd
Aberdeen, MD 21001
Livinmalife1983@yahoo.com
443-206-5062
Dated:

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2025, a copy of the foregoing "*Notice Regarding Improper Service*" was served via the Court's CM/ECF electronic filing system on the following counsel of record:

**Thomas V. McCarron, Esq.**
Semmes, Bowen & Semmes
400 E. Pratt Street, Suite 900
Baltimore, MD 21202
tmccarron@semmes.com

**Counsel for Defendant Verizon Wireless**

Respectfully submitted,

*[signature]*

Terrence Williams
1008 Beards Hill Rd
Aberdeen, MD 21001
443-206-5062
livinmalife1983@yahoo.com
Pro Se Plaintiff